DOMINICK CONCOLINO, an Infant, by FRANCES CONCOLINO, His Guardian ad Litem, Appellant, *v.* CARL G. KUNZELMAN, Defendant, and THOMAS DIXON, Respondent.

(Argued May 10, 1932; decided June 1, 1932.)

*Edward O. Burke* for appellant.

*Gordon H. Mahley* and *Henry R. Follett* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ. Not sitting: CROUCH, J.